# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE ROSE YOUNG,<br><br>              Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>              Defendant.<br>_____ / | CASE NO. 1:13-CV-00937-SMS<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED<br>*IN FORMA PAUPERIS*<br><br>(Doc. 4) |

By a motion filed June 19, 2013, Plaintiff Jackie Young seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiffs' motion to proceed *in forma pauperis*. The Clerk of Court is directed to issue new case documents and the summons. Plaintiff's attorney is directed to serve Defendant.

IT IS SO ORDERED.

Dated: 6/20/2013                              /s/ SANDRA M. SNYDER
                                              UNITED STATES MAGISTRATE JUDGE

1