Vijay J. Patel
Attorney at Law: 285585
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
JACKIE ROSE YOUNG

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE ROSE YOUNG, | Case No.: 1:13-CV-00937-SMS |
| Plaintiff, | ORDER EXTENDING BRIEFING SCHEDULE |
| v. | |
| CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security. | |
| Defendant. | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include June 13, 2013, in which to file Plaintiff's opening brief; and that all other deadlines set forth in the June 24, 2013, Case Management Order shall be extended accordingly.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting Commissioner as the Commissioner.

1    IT IS SO ORDERED.

2   DATE:  5/16/2014                 /s/ SANDRA M. SNYDER
3                                    UNITED STATES MAGISTRATE JUDGE

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3      */s/Vijay J. Patel*

4  BY: _____
    Vijay J. Patel
5      Attorney for plaintiff